IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CONCEPT FINANCING, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00588 |
| | ) | |
| WELLS FARGO FINANCIAL LEASING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DISCOVERY ORDER

On June 27, 2005, the Court heard the parties with respect to Plaintiff's Motion to Compel Discovery. (Pleading No. 14.) The Court was advised that the parties have resolved most of their discovery disputes without intervention by the Court. As to the one matter remaining, the Court directed, after hearing argument, that Defendant should produce the disputed lease records dating back to and including January 1, 1999.

**IT IS SO ORDERED.**

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: June 30, 2005