IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


FILED
NOV 08 2005
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By_____

| | | |
|---|---|---|
| CONCEPT FINANCING, LLC, | ) | Civil Action No. 01:04-CV-00588 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| WELLS FARGO FINANCIAL | ) | |
| LEASING, INC., | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration and the Agreement between the parties in open Court this matter is hereby Dismissed with Prejudice.

This the 8th day of November, 2005.

_William Osteen_
Honorable William Osteen
United States District Court Judge